## John MᴄInhill

### v.

### Abraham Odell et al.

1. Legal tender. A decree on the foreclosure of a mortgage required the payment of the sum found due to be paid in gold coin. The note and mortgage were made before the passage of the legal tender act, and contained no provision as to what kind of money should be paid, but were in the usual form for the payment of so many dollars: *Held,* that the decree in this respect was erroneous.

2. Supreme Court of the United States—*decisions when binding on this court.* The decisions of the Supreme Court of the United States upon questions arising under the Federal Constitution are binding upon this court.

Appeal from the Court of Common Pleas of the city of Aurora; the Hon. Richard G. Montony, Judge, presiding.

This was a bill to foreclose two mortgages given to secure two promissory notes. Neither the notes nor mortgages provided for payment in gold, but they were in the ordinary form. They were made before the passage of the legal tender act.

Mr. B. F. Parks, for the appellant.

Mr. C. J. Metzner, for the appellees.

Per Curiam: The decree in this case, so far as it requires the amount found due to be paid in gold, must, under the authority of the cases reported in 11 Wallace

682, under the title of legal tender cases, be reversed. The cases referred to are the latest decisions of the Supreme Court of the United States upon that subject, and are binding upon us, since the question involved arises under the Constitution of the United States.

The answer claims a homestead for John McInhill, but admits the fee to have been in Edward McInhill. The record contains nothing · showing a homestead right in John McInhill. Decree reversed and cause remanded.

